**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Ed W. Bankston
Attorney at Law
P. O. Box 53485
Lafayette LA 70505

**REHEARING ACTION: December 21, 2016**

**Docket Number: 16   00236-CA**

**DIONE W. DAVID**
**VERSUS**
**RICHARD G. DAVID**

**Appealed from Iberia Parish Case No. 113919**

<u>**BEFORE JUDGES**</u>:

   **Hon. Ulysses Gene Thibodeaux**
   **Hon. Phyllis M. Keaty**
   **D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the "Application

for En Banc Rehearing" filed by **Richard G. David** has this day been

   **DENIED.**

cc: L. E. "Tony" Morrow, Jr., Counsel for the Appellee